### PATIENCE HORTON vs. JOHN PALMER.

When a defendant appeals from a judgment of the court of common pleas, and neglects to enter his appeal in this court, the plaintiff is entitled to have the judgment affirmed, with double costs of the appeal.

PATIENCE HORTON brought an action against *Palmer*, in the court of common pleas, where judgment was rendered in her favor, from which judgment *Palmer* appealed to this court, but neglected to enter his appeal. Whereupon the said *Patience* filed a complaint, and prayed, that the judgment of the common pleas, might be affirmed ; and the question was, whether she was entitled to double costs of appeal, under the statute of December 21, 1824, sec. 4 ?

*By the court.*—The fourth section of the statute of December 21, 1824, entitled " an act to establish a court of common pleas for the state of New-Hampshire," enacts, that " when an appeal shall be made by the defendant, and he " shall not reduce the damages, recovered in the court appealed from, the plaintiff shall recover double costs."— We entertain no doubt, that the complainant is entitled to double costs. *Palmer* took an appeal, which he has now admitted to be groundless, and has compelled the complainant to come here to have her judgment affirmed. We think, that both by the letter and the spirit of the statute, she is entitled to double costs.

*Double costs allowed.*